**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-6325**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

RUSSELL JONATHAN CARROLL,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, Chief District Judge.  (7:11-cr-00070-D-1)

Submitted:  June 21, 2018                           Decided:  June 26, 2018

Before DIAZ and HARRIS, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Russell Jonathan Carroll, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Russell Jonathan Carroll appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Carroll*, No. 7:11-cr-00070-D-1 (E.D.N.C. Jan. 25, 2018); *see also Freeman v. United States*, 564 U.S. 522, 526 (2011) (recognizing that federal courts "are forbidden, as a general matter, to modify a term of imprisonment once it has been imposed," but recognizing that § 3582(c)(2) provides a narrow exception if a "Guidelines sentencing range has been lowered by retroactive amendment" by the Sentencing Commission (internal quotation marks omitted)). We deny Carroll's motion for a transcript at government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*